FILED '09 APR 16 09:23 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

JOANN K. DRAGO,

        Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

        Defendant.

Civil No. 07-3067-HO

ORDER

Attorney fees in the amount of $6,303.26 are hereby awarded to Plaintiff's attorney, Arthur Stevens, pursuant to the Equal Access of Justice Act, 28 U.S.C. §2412(d), and costs in the amount of $17.82 are awarded pursuant to 28 U.S.C. §1920. The checks shall be mailed to Attorney Stevens' address: 221 Stewart Avenue, Suite 209, Medford, OR 97501.

Dated: April 15, 2009

Michael R. Hogan
United States District Judge

**ORDER**